IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-0227 WBS |
| | AND RELATED CASES |
| Plaintiff, | CR-S-05-0095 MCE |
| v. | CR-S-04-0389 MCE |
| | CR-S-04-0388 MCE |
| | CR-S-04-0387 MCE |
| BENITO TOPETE and | CR-S-04-0378 MCE |
| HECTOR MANRIQUEZ, | CR-S-04-0379 MCE |
| | CR-S-04-0377 MCE |
| Defendants. | **ORDER OF RELATED CASE** |
| _____/ | |

    Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

1     The parties should be aware that relating the cases under
2 Local Rule 83-123 merely has the result that all actions are
3 assigned to the same judge; no consolidation of the actions are
4 effected.  Under the regular practice of this court, related
5 cases are generally assigned to the district judge to whom the
6 first filed action was assigned.
7     IT IS THEREFORE ORDERED that the actions denominated:
8     CR-S-05-0227 WBS, USA v. Topete, et al.;
    CR-S-05-0095 MCE, USA v. Hernandez, et al.;
9     CR-S-04-0389 MCE, USA v. Ayala, et al.;
    CR-S-04-0388 MCE, USA v. Ayala, et al.;
10     CR-S-04-0387 MCE, USA v. Rodriguez;
    CR-S-04-0379 MCE, USA v. Mendez, et al.;
11     CR-S-04-0378 MCE, USA v. Ramirez, et al.; and
    CR-S-04-0377 MCE, USA v. Solis, et al.
12
13 are reassigned to Judge Morrison C. England, Jr. for all further
14 proceedings, and any dates currently set in these reassigned
15 cases only are hereby VACATED.  The parties are referred to the
16 attached Order Requiring Joint Status Report.  Henceforth, the
17 caption on documents filed in the reassigned cases shall be shown
18 as:
19     CR-S-05-0227 MCE, USA v. Topete, et al.;
    CR-S-05-0095 MCE, USA v. Hernandez, et al.;
20     CR-S-04-0389 MCE, USA v. Ayala, et al.;
    CR-S-04-0388 MCE, USA v. Ayala, et al.;
21     CR-S-04-0387 MCE, USA v. Rodriguez;
    CR-S-04-0379 MCE, USA v. Mendez, et al.;
22     CR-S-04-0378 MCE, USA v. Ramirez, et al.; and
    CR-S-04-0377 MCE, USA v. Solis, et al.
23
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: June 17, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE