1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2789

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )       CR. No. S-04-377 MCE
            Plaintiff,          )
                                )
      v.                        )
                                )       STIPULATION AND [PROPOSED] ORDER
                                )
ARMANDO SOLIS AND CRUZ MORA,    )       Date: August 30, 2005
                                )       Time: 8:30 a.m.
            Defendants.         )       Hon.  Morrison C. England, Jr.
_____)

    It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Armando Solis, through his attorney Jesse Santana and Defendant Cruz Mora, through his attorney Michael Bigelow as follows:

    It is agreed that the current Status Conference date of July 5, 2005 be vacated and a new Status Conference date of August 30, 2005 be set.

    The continuance is necessary because defense counsel is currently reviewing approximately 750 pages the government produced in discovery.  Furthermore, the government has advised defense counsel that it anticipates producing additional discovery over

1

approximately the next four to six weeks that defense counsel will need to review.

For all of these reasons, the parties jointly request a new status conference date, and that the time period from July 5, 2005, to and including August 30, 2005 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Respectfully submitted,

Dated: June 30, 2005            /s/JESSE SANTANA
                                JESSE SANTANA
                                Attorney for Defendant
                                Armando Solis

Date: June 30, 2005             /s/MICHALE BIEGLOW
                                MICHAEL BIEGLOW
                                Attorney for Defendant
                                Cruz Mora

                                McGREGOR W. SCOTT
                                United States Attorney

Dated: June 30, 2005            /s/PHILLIP A. TALBERT
                                PHILLIP A. TALBERT
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: July 5, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2