1 | **Jesse I. Santana (State Bar No. 132803)**
**Law Offices of complexityBeauchamp & Santana**
2 | The Historic Winship Building
500 Second Street
3 | Yuba City, CA 95991
TEL: (530) 822-9500
4 | FAX: (530) 751-7910

5 | Attorney for Defendant
Armando Solis

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-04- 0377 MCE |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER** |
| ARMANDO SOLIS, and CRUZ MORA, | |
| Defendants. | Date: August 30, 2005<br>Time: 8:30 a.m.<br>Hon. Morrison C. England, Jr. |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Armando Solis, through his attorney Jesse I. Santana, and Defendant Cruz Mora, through his attorney Michael Bigelow, as follows:

It is agreed that the current Status Conference date of August 30, 2005 be vacated and a new Status Conference date of October 25, 2005 at 8: 30 a.m. be set.

The continuance is necessary because the attorneys for the defendants are currently reviewing approximately 2,300 pages the government produced in discovery. The court earlier designated this case as complex.

For all of these reasons, the parties jointly request a new status conference date, and that the time period from August 30, 2005, to and including October 25, 2005 be excluded under the Speedy

1  Trial Act pursuant to 18 U.S.C. Section 3161 (h) (8) (B) (ii) and (iv) and Local Codes T2 and T4 for
2  complexity and defense preparation and based on a finding by the Court that the ends of justice
3  served by granting a continuance outweigh the best interest of the public and defendants in a speedy
4  trial.

Respectfully submitted,

Date: August 24, 2005.    /s/ JESSE I. SANTANA
                          JESSE I. SANTANA

                          Attorney for Defendant
                          Armando Solis

Date: August 24, 2005.    /s/ with permission J.I.S.
                          MICHAEL BIGELOW

                          Attorney for Defendant
                          Cruz Mora

Date: August 24, 2005.    /s/ with permission J.I.S.
                          PHILLIP A. TALBERT
                          Assistant U.S. Attorney
                          Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: August 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2