**Jesse I. Santana (State Bar No. 132803)**
**Law Offices of Beauchamp & Santana**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910
Attorney for Defendant
Armando Solis

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-04-0377 MCE |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER** |
| ARMANDO SOLIS, and CRUZ MORA, | Date: October 25, 2005 |
| Defendants. | Time: 8:30 a.m. |
| | Hon. Morrison C. England, Jr. |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Armando Solis, through his attorney Jesse I. Santana, and Defendant Cruz Mora, through his attorney Michael Bigelow, as follows:

It is agreed that the current Status Conference date of October 25, 2005 be vacated and a new Status Conference date of December 13, 2005 at 8:30 a.m. be set.

Discovery is ongoing. The continuance is necessary because the government is reviewing and analyzing transcripts of a voluminous number of audiotapes and videotapes to distribute to

the defendants' attorneys who will also need time to review and analyze the transcripts.

For all of these reasons, the parties jointly request a new status conference date, and that the time period from October 25, 2005, to and including December 13, 2005 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161 (h) (8) (B) (iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

                            Respectfully submitted,

Date: October 21, 2005.   /s/ Jesse I. Santana
                            JESSE I. SANTANA
                            Attorney for Defendant
                            Armando Solis
                            (Signed by Phillip A. Talbert per authorization by
                             Jesse I. Santana)

Date: October 21, 2005.   /s/ Michael Bigelow
                            MICHAEL BIGELOW
                            Attorney for Defendant
                            Cruz Mora
                            (Signed by Phillip A. Talbert per authorization by
                             Michael Bigelow)

Date: October 21, 2005.   /s/ Phillip A. Talbert
                            PHILLIP A. TALBERT
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

                            **ORDER**

_____FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: October 21, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE