```
 1  MCGREGOR W. SCOTT
    United Sates Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-22789
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA, ) CASE NO. CR S-04-377 MCE
                              )
12            Plaintiff,      )
                              )
13       v.                   ) STIPULATION AND ORDER
                              )
14  ARMANDO SOLIS,            )
    and CRUZ MORA,            ) DATE: December 13, 2005
15                            ) TIME: 8:30 a.m.
              Defendants.     ) CTRM: Hon. Morrison C. England, Jr.
16  _____)
```

17       It is hereby stipulated between the parties, Plaintiff

18  United States of America, by and through United States Attorney

19  McGregor W. Scott and Assistant United States Attorney Phillip A.

20  Talbert, and defendant Armando Solis, through his attorney Jesse

21  I. Santana, and defendant Cruz Mora, through his attorney Michael

22  Bigelow, as follows:

23       It is agreed that the current Status Conference date of

24  December 13, 2005 be vacated and a new Status Conference date of

25  February 14, 2006 at 8:30 a.m. be set.

26       The continuance is necessary because the attorneys for the

27  defendants are currently reviewing documents and tapes the

28  government produced in discovery and the government has indicated

1 | it plans to provide additional materials within the next week.
2 | The court earlier designated this case as complex.
3 |     For all of these reasons, the parties jointly request a new
4 | status conference date, and that the time period from December
5 | 13, 2005, to and including February 14, 2006, be excluded under
6 | the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)
7 | and (iv) and Local Codes T2 and T4 for complexity and defense
8 | preparation and based on a finding by the Court that the ends of
9 | justice served by granting a continuance outweigh the best
10 | interest of the public and defendants in a speedy trial.

                                  Respectfully submitted,

                                  MCGREGOR W. SCOTT
                                  United States Attorney

DATED: December 9, 2005    By: /s/ Phillip A. Talbert
                                  PHILLIP A. TALBERT
                                  Assistant U.S. Attorney

DATED: December 9, 2005    By: /s/ Jesse I. Santana
                                  JESSE I. SANTANA
                                  Attorney for Defendant
                                  Armando Solis
                                  (Signed by Phillip A. Talbert per
                                  authorization by Jesse I. Santana)

20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

DATED: December 9, 2005        By: /s/ Michael Bigelow
                                   MICHAEL BIGELOW
                                   Attorney for Defendant
                                   Cruz Mora
                                   (Signed by Phillip A. Talbert per
                                   authorization by Michael Bigelow)

**ORDER**

   FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: December 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE