Jesse I. Santana (State Bar No. 132803)
Law Offices of Beauchamp & Santana
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Armando Solis

**FILED**

JAN 2 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY TY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S-04-377 MCE |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER MODIFYING RELEASE BOND** |
| ARMANDO SOLIS and CRUZ MORA | |
| Defendants. | Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED between the parties, Plaintiff United States of America and Defendant Armando Solis, as follows:

1.      This case was first filed on September 21, 2004. Mr. Solis first appeared on October 20, 2004, before Magistrate Judge Peter A. Nowinski. He was ordered released on a $500,000 bond secured by real property located at 12729 Honcut Road in Marysville, California, and bare land located in Meridian, California. The real property (which secures $100,000 of the bond) and the bare land (which secures $400,000 of the bond) are owned by Shelly Solis. Mr. Solis was released on October 29, 2004 with supervision by Pretrial Services.

2.      To date, Mr. Solis has made every scheduled appearance in the case without incident. He has fully complied with the conditions of his release for over one year and has maintained regular contact with his current Pretrial Services Officer, Jacob Scott. Mr. Solis is presently employed. Mr.

1

1  Scott has advised Mr. Solis attorney that the defendant is in compliance with his conditions of
2  release.

3       3.    Ms. Solis and the defendant have asked defense counsel to request a release of the
4  lien on Ms. Solis's real property located at 12729 Honcut Road so that she can apply for a home
5  equity line of credit. The defendant is employed in the construction business and his work hours
6  have been limited due to the weather. He and Ms. Solis would like to use a home equity line of
7  credit to help them pay the bills over the winter months.

8       4.    Mr. Solis's parents, Erasto and Maria Solis, have offered their property as a
9  substitution to Shelly Solis's property which represents $100,000 of the secured bond. Their home is
10 located at 2692 Pear Street in Live Oak, California. The new documents are attached as Exhibits A
11 and B.

12      5.    All parties agree to the substitution. The parties further agree that the previously
13 secured bond may be exonerated and the lien on Shelly Solis's property located at 12729 Honcut
14 Road in Marysville, California be released in lieu of the substitute bond.

15      6.    Mr. Solis attorney has discussed this proposed modification with Pretrial Services
16 Officer Jacob Scott who makes no objection to the agreement.

17      7.    All other conditions of the bond, including Pretrial Services supervision and special
18 conditions of release shall remain in force.

Respectfully submitted,

Date: January _14_, 2006.

_/s/ Jesse T. Santana_
JESSE T. SANTANA
Attorney for Defendant
Armando Solis

Date: January _18_, 2006.

_/s/ Phillip A. Talbert_
PHILLIP A. TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

2

## ORDER

The above stipulation is adopted. Defendant Armando Solis's release shall continue on the terms previously set by the magistrate judge with the following modification: the $100,000 secured by Shelly Solis's real property located at 12729 Honcut Road in Marysville, California is hereby by substituted with the defendant's parents' home located at 2692 Pear Street in Live Oak, California. The secured bond and filed deed of trust shall be filed with this order.

The Clerk is directed to release any liens filed against Shelly Solis's real property located at 12729 Honcut Road in Marysville, California and to reconvey the real property to Ms. Solis.

IT IS SO ORDERED.

Dated: January 23, 2005.

GREGORY G. HOLLOWS
HON. MAGISTRATE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

3