McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | No. 04-cr-0377-MCE |
| Plaintiff, ) ) | |
| v. ) ) | STIPULATION AND [PROPOSED] ORDER |
| ARMANDO SOLIS and ) CRUZ MORA, ) ) | |
| Defendants. ) _____ ) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, Defendant Armando Solis, through his attorney Jesse I. Santana, and Defendant Cruz Mora, through his attorney Michael Bigelow, as follows:

It is agreed that the current Status Conference date of February 14, 2006 be vacated and a new Status Conference date of April 4, 2006 at 8:30 a.m. be set.

The continuance of the status conference is necessary because the defendants' attorneys need more time to review audiotape

1

1  transcripts/translations produced by the government in discovery;
2  the government is having transcripts/translations prepared of
3  additional audiotapes for production in discovery; and counsel for
4  Defendant Mora has a court appearance in an unrelated habeas matter
5  in Redding, California on February 14, 2006.
6       Accordingly, the parties jointly request a new status
7  conference date and that the time period from February 14, 2006, to
8  and including April 4, 2006 be excluded under the Speedy Trial Act
9  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for
10 defense preparation and based on a finding by the Court that the
11 ends of justice served by granting a continuance outweigh the best
12 interest of the public and defendant in a speedy trial.

                                    Respectfully submitted,

Dated: February 8, 2006              /s/Jesse I. Santana
                                    JESSE I. SANTANA
                                    Attorney for Defendant
                                    ARMANDO SOLIS
                                    By PAT per telephone authorization

Dated: February 8, 2006              /s/Michael Bigelow
                                    MICHAEL BIGELOW
                                    Attorney for Defendant
                                    CRUZ MORA
                                    By PAT per telephone authorization


                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: February 8, 2006              /s/Phillip A. Talbert
                                    PHILLIP A. TALBERT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

25 ///
26 ///
27 ///
28 ///

1 **ORDER**

2 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

3 Dated: February 16, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3