```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2789
 5
 6
 7                  IN THE UNITED STATES DISTRICT COURT
 8                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,     )
10                                )      2:04-cr-0377-MCE
                  Plaintiff,      )
11                                )
              v.                  )
12                                )      STIPULATION AND ORDER
    ARMANDO SOLIS and             )
13  CRUZ MORA,                    )
                                  )
14                Defendants.     )
    _____)
15
```

16      It is hereby stipulated between the parties, Plaintiff United

17 States of America, by and through United States Attorney McGregor W.

18 Scott and Assistant United States Attorney Phillip A. Talbert,

19 Defendant Armando Solis, through his attorney Jesse I. Santana, and

20 Defendant Cruz Mora, through his attorney Michael Bigelow, as

21 follows:

22      It is agreed that the current Status Conference date of April

23 4, 2006 be vacated and a new Status Conference date of May 16, 2006

24 at 8:30 a.m. be set.

25      The continuance of the status conference is necessary because

26 the defendants' attorneys need more time to review audiotape

27 transcripts/translations produced by the government in discovery;

28 the government is having transcripts/translations prepared of

                                    1

1 additional audiotapes for production in discovery that have not yet
2 been completed; and counsel for Defendant Solis has a court
3 appearance in an unrelated matter on April 4, 2006.
4     Accordingly, the parties jointly request a new status
5 conference date and that the time period from April 4, 2006, to and
6 including May 16, 2006 be excluded under the Speedy Trial Act
7 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for
8 defense preparation and based on a finding by the Court that the
9 ends of justice served by granting a continuance outweigh the best
10 interest of the public and defendant in a speedy trial.

                                    Respectfully submitted,

Dated: March 30, 2006                /s/Jesse I. Santana
                                    JESSE I. SANTANA
                                    Attorney for Defendant
                                    ARMANDO SOLIS
                                    By PAT per telephone authorization

Dated: March 30, 2006                /s/Michael Bigelow
                                    MICHAEL BIGELOW
                                    Attorney for Defendant
                                    CRUZ MORA
                                    By PAT per telephone authorization


                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: March 30, 2006                /s/Phillip A. Talbert
                                    PHILLIP A. TALBERT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: April 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2