1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2789

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,    )
10                              )   CR. No. 2:04-cr-0377-MCE
             Plaintiff,         )
11                              )
        v.                      )
12                              )   STIPULATION AND ORDER
   ARMANDO SOLIS and            )
13 CRUZ MORA,                   )
                                )
14           Defendants.        )
   _____)
15

16      It is hereby stipulated between the parties, Plaintiff United

17 States of America, by and through United States Attorney McGregor W.

18 Scott and Assistant United States Attorney Phillip A. Talbert,

19 Defendant Armando Solis, through his attorney Jesse I. Santana, and

20 Defendant Cruz Mora, through his attorney Michael Bigelow, as

21 follows:

22      It is agreed that the current Status Conference date of May 16,

23 2006 be vacated and a new Status Conference date of July 18, 2006 at

24 8:30 a.m. be set.

25 ///

26 ///

27 ///

28 ///

1

1  The continuance of the status conference is necessary because
2  the defendants' attorneys need more time to review audiotape
3  transcripts/translations that have been produced by the government
4  in discovery, and the government is having transcripts/translations
5  prepared of additional audiotapes for production in discovery that
6  have not yet been completed.

7  Accordingly, the parties jointly request a new status
8  conference date and that the time period from May 16, 2006, to and
9  including July 18, 2006 be excluded under the Speedy Trial Act
10 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for
11 defense preparation and based on a finding by the Court that the
12 ends of justice served by granting a continuance outweigh the best
13 interest of the public and defendant in a speedy trial.

Respectfully submitted,

Dated: May 11, 2006        /s/Jesse I. Santana
                           JESSE I. SANTANA
                           Attorney for Defendant
                           ARMANDO SOLIS
                           By PAT per telephone authorization

Dated: May 11, 2006        /s/Michael Bigelow
                           MICHAEL BIGELOW
                           Attorney for Defendant
                           CRUZ MORA
                           By PAT per telephone authorization

```
                              McGREGOR W. SCOTT
                              United States Attorney

Dated: May 11, 2006            /s/Phillip A. Talbert
                              PHILLIP A. TALBERT
                              Assistant U.S. Attorney
                              Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: May 19, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE