```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2789
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,    )
10                               )   2:04-cr-0377-MCE
                Plaintiff,       )
11                               )
            v.                   )   STIPULATION AND ORDER
12                               )
    ARMANDO SOLIS and CRUZ MORA, )
13                               )
                Defendants.      )
14  _____)
```

15      It is hereby stipulated between the parties, Plaintiff United
16 States of America, by and through United States Attorney McGregor W.
17 Scott and Assistant United States Attorney Phillip A. Talbert,
18 Defendant Armando Solis, through his attorney Jesse I. Santana, and
19 Defendant Cruz Mora, through his attorney Michael Bigelow, as
20 follows:
21      It is agreed that the current Status Conference date of July
22 18, 2006 be vacated and a new Status Conference date of October 3,
23 2006 at 8:30 a.m. be set.
24 ///
25 ///
26 ///
27 ///
28 ///

1    The continuance of the status conference is necessary because
2 the defendants' attorneys need more time to review audiotape
3 transcripts/translations that have been produced by the government
4 in discovery, and the government expects to be producing in
5 discovery soon transcripts/translations that have been prepared of
6 additional audiotapes.

7    Accordingly, the parties jointly request a new status
8 conference date and that the time period from July 18, 2006, to and
9 including October 3, 2006 be excluded under the Speedy Trial Act
10 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for
11 defense preparation and based on a finding by the Court that the
12 ends of justice served by granting a continuance outweigh the best
13 interest of the public and defendant in a speedy trial.

```
                                        Respectfully submitted,

Dated: July 14, 2006                     /s/Jesse I. Santana
                                        JESSE I. SANTANA
                                        Attorney for Defendant
                                        ARMANDO SOLIS
                                    By PAT per telephone authorization

Dated: July 14, 2006                     /s/Michael Bigelow
                                        MICHAEL BIGELOW
                                        Attorney for Defendant
                                        CRUZ MORA
                                    By PAT per telephone authorization


                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: July 14, 2006                     /s/Phillip A. Talbert
                                        PHILLIP A. TALBERT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

26 ///
27 ///
28 ///

2

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: July 17, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE