Jesse I. Santana
Law Offices of Beauchamp & Santana
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 822-7910

Attorney for Defendant
Armando Solis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S-04-377 MCE |
| Plaintiff, | DEFENDANT ARMANDO SOLIS'S EXPARTE APPLICATION FOR PERMISSION TO TRAVEL TO MEXICO TO ATTEND HIS GRANDMOTHER'S MASS AND BURIAL UNTIL SEPTEMBER 27, 2006; AND PROPOSED ORDER |
| vs. | |
| ARMANDO SOLIS and | |
| CRUZ MORA, | |
| Defendants. | |
| _____/ | Hon. Magistrate Gregory G. Hollows |

Defendant Armando Solis hereby requests permission from the Court to travel to Mexico to attend the mass and burial of his grandmother until September 27, 2006:

1. This case was first filed on September 21, 2004. Mr. Solis first appeared on October 20, 2004, before Magistrate Judg Peter A. Nowinski. He was ordered released on a $500,000 bond secured by real property. Mr. Solis was released on

1

October 29, 2004 with supervision by Pretrial Services.

2. To date, Mr. Solis has made every scheduled appearance in the case without incident. He has fully complied with the conditions of his release for over one and one-half years, and has maintained regular contact with his current Pretrial Services Officer, Steve Sheehan. Mr. Sheehan has advised Mr. Solis's attorney that the defendant is in compliance with his conditions of release.

3. On September 21, 2006, Juventina Fernandez, Mr. Solis's grandmother, passed away. Mrs. Fernandez will be transported to Mexicali, Baja California, Mexico today on September 25, 2006. Her mass and burial will be held in Mexicali, Baja California, Mexico on September 26, 2006.

4. Mr. Solis is requesting the Court's permission to travel to Mexicali, Baja California, Mexico to attend his grandmother's mass and burial on September 26, 2006 and return on September 27, 2006.

5. Mr. Solis understands that if the Court grants his request all conditions of the bond, including Pretrial Services supervision and special conditions of release shall remain in full force. If granted permission to attend his grandmother's mass and burial, Mr. Solis would stay with family members at Avenida Ninos Heroes, 142 Chihuaua Michoacan, Hermosillo, Mexicali, Mexico and the telephone

number is 011526585178426.

6.      Mr. Solis's attorney's office has discussed this request with Sandy Hall of Pretrial Services who makes no objection to Mr. Solis's request.  However, Mr. Solis's attorney has discussed this request with Assistant United States Attorney Phillip A. Talbert who does object to the request.

Respectfully submitted,

Date:   September 25, 2006.                   _____
                                                  Jesse I. Santana

Attorney for Defendant
Armando Solis

## PROPOSED ORDER

The Court hereby grants Defendant Armando Solis's request to travel to Mexicali, Baja California, Mexico to attend his grandmother's mass and burial on September 26, 2006 and return on September 27, 2006.

IT IS SO ORDERED.

Dated:  September 25, 2006        /s/ Gregory G. Hollows
                                             _____
                                             HON. MAGISTRATE GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

solis.ord