1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. No. 2:04-cr-0377-MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER |
| ARMANDO SOLIS and | ) | |
| CRUZ MORA, | ) | |
| | ) | |
| Defendants. | ) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, Defendant Armando Solis, through his attorney Jesse I. Santana, and Defendant Cruz Mora, through his attorney Michael Bigelow, as follows:

It is agreed that the current Status Conference date of October 3, 2006 be vacated and a new Status Conference date of December 19, 2006 at 8:30 a.m. be set.

The continuance of the status conference is necessary because the defendants' attorneys need more time to review audiotape transcripts/translations that have been produced by the government

1

in discovery, and the government is in the process of producing in discovery transcripts/translations that have been prepared of additional audiotapes that the defendants' attorneys will need to review.

Accordingly, the parties jointly request a new status conference date and that the time period from October 3, 2006, to and including December 19, 2006 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Respectfully submitted,

Dated: September 29, 2006       /s/Jesse I. Santana
                                JESSE I. SANTANA
                                Attorney for Defendant
                                ARMANDO SOLIS
                                By PAT per telephone authorization

Dated: September 29, 2006       /s/Michael Bigelow
                                MICHAEL BIGELOW
                                Attorney for Defendant
                                CRUZ MORA
                                By PAT per telephone authorization


                                McGREGOR W. SCOTT
                                United States Attorney

Dated: September 29, 2006       /s/Phillip A. Talbert
                                PHILLIP A. TALBERT
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE