McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>       v.                          )<br>                                   )<br>ARMANDO SOLIS and                  )<br>CRUZ MORA,                         )<br>                                   )<br>            Defendants.            )<br>_____) | CR. No. 2:04-cr-0377-MCE<br><br>STIPULATION AND<br>ORDER |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, Defendant Armando Solis, through his attorney Jesse I. Santana, and Defendant Cruz Mora, through his attorney Michael Bigelow, as follows:

It is agreed that the current Status Conference date of December 19, 2006 be vacated and a new Status Conference date of February 13, 2007 at 8:30 a.m. be set.

The continuance of the status conference is necessary because the defendants' attorneys need additional time to complete their review of 777 pages of audiotape transcripts/translations that have been produced by the government in discovery and to discuss them

1  with their clients, and the parties need time to complete ongoing
2  discussions concerning whether the case can be resolved without a
3  trial.
4      Accordingly, the parties jointly request a new status
5  conference date and that the time period from December 19, 2006, to
6  and including February 13, 2007 be excluded under the Speedy Trial
7  Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for
8  defense preparation and based on a finding by the Court that the
9  ends of justice served by granting a continuance outweigh the best
10 interest of the public and defendant in a speedy trial.

```
                                    Respectfully submitted,

Dated: December 14, 2006             /s/Jesse I. Santana
                                    JESSE I. SANTANA
                                    Attorney for Defendant
                                    ARMANDO SOLIS
                                    By PAT per telephone authorization

Dated: December 14, 2006             /s/Michael Bigelow
                                    MICHAEL BIGELOW
                                    Attorney for Defendant
                                    CRUZ MORA
                                    By PAT per telephone authorization


                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: December 14, 2006             /s/Phillip A. Talbert
                                    PHILLIP A. TALBERT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: December 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE