McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>       v.                           )<br>                                    )<br>ARMANDO SOLIS and                   )<br>CRUZ MORA,                          )<br>                                    )<br>            Defendants.             )<br>_____)  | CR. No. 2:04-cr-00377-MCE<br><br>STIPULATION AND<br>ORDER            _____ |

    It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, Defendant Armando Solis, through his attorney Jesse I. Santana, and Defendant Cruz Mora, through his attorney Michael Bigelow, as follows:

    It is agreed that the current Status Conference date of March 20, 2007 be vacated and a new Status Conference date not be set.

    This matter is scheduled for trial on October 10, 2007.  At the time the Court set the matter for trial, a Status Conference date was also set for March 20, 2007, in case the matter was resolved before that date.  While counsel continue to discuss the possibility of a resolution prior to trial, no agreed resolution is anticipated before March 20, 2007.  Additionally, counsel for defendant Solis is

1

scheduled to begin a trial on March 20, 2007 in another court.  For these reasons, the parties jointly request that the March 20, 2007 Status Conference date be vacated, and that no new Status Conference date be scheduled at this time.  All parties desire to maintain the current October 10, 2007 trial date.  This Court has previously found time under the Speedy Trial Act to be excluded through the October 10, 2007 trial date.

```
                                    Respectfully submitted,

Dated: March 15, 2007               /s/Jesse I. Santana
                                    JESSE I. SANTANA
                                    Attorney for Defendant
                                    ARMANDO SOLIS
                                    By PAT per telephone authorization

Dated: March 15, 2007               /s/Michael Bigelow
                                    MICHAEL BIGELOW
                                    Attorney for Defendant
                                    CRUZ MORA
                                    By PAT per in-person authorization


                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: March 15, 2007               /s/Phillip A. Talbert
                                    PHILLIP A. TALBERT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: March 19, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE