**Jesse I. Santana (State Bar No. 132803)**
**Law Offices of Beauchamp & Santana**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Armando Solis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S-CR-04-377 MCE |
| Plaintiff, | |
| vs. | **STIPULATION ALLOWING DEFENDANT ARMANDO SOLIS TO TRAVEL TO MEXICO FOR FOUR DAYS AND ORDER** |
| ARMANDO SOLIS and CRUZ MORA, | |
| Defendants. | |
| _____/ | Hon. Magistrate Kimberly J. Mueller |

IT IS HEREBY STIPULATED AND AGREED between the parties, Plaintiff United States of America and Defendant Armando Solis, as follows:

1. This case was first filed on September 21, 2004. Mr. Solis first appeared on October 20, 2004, before Magistrate Judge Peter A. Nowinski. He was ordered released on a $500,000 bond secured by real property. Mr. Solis was released on October 29, 2004 with supervision by Pretrial Services.

2. To date, Mr. Solis has made every scheduled appearance in the case without incident. He has fully complied with the conditions of his release for over one year and one-half years, and has maintained regular contact with his current Pretrial Services Officer, Steve Sheehan. Mr. Sheehan has advised Mr. Solis's attorney that the defendant is in compliance with his conditions of release.

1

3.     On or about May 31, 2007, Erasto Solis, Mr. Solis's brother, was released from custody and deported to Mexicali, Baja California, Mexico.  Erasto Solis has a three year old daughter, Savannah Solis, living in Redding, California.  Erasto Solis is anxious to see his daughter.

4.     Mr. Solis is requesting the Court's permission to travel to Mexicali, Baja California, Mexico so that he and his niece, Savannah Solis, can visit with Erasto Solis.  Mr. Solis is requesting permission to travel to Mexicali, Baja California, Mexico for four days in June as directed by Pretrial Services Officer, Steve Sheehan.

5.     Mr. Solis understands that if the Court grants his request all conditions of the bond, including Pretrial Services supervision and special conditions of release shall remain in full force.  If granted permission to visit with his brother, Mr. Solis would stay with family members at Avenida Ninos Heroes, 142 Chihuaua, Hermosillo, Mexicali, Mexico and the telephone number is 011526585178426.

6.     Mr. Solis's attorney has discussed this request with Pretrial Services Officer Steve Sheehan who makes no objection to Mr. Solis's request.  Pretrial Services Officer Steve Sheehan has also informed Mr. Solis's attorney that he discussed this request with Assistant United States Attorney Phillip A. Talbert who does not object to the request.

Respectfully submitted,

Date: June 13, 2007.       "S"
                           _____
                           JESSE I. SANTANA

                           Attorney for Defendant
                           Armando Solis

Date: June 13, 2007.       "S"
                           _____
                           PHILLIP A. TALBERT

                           Assistant United States Attorney

2

## ORDER

The Court hereby grants Defendant Armando Solis permission to travel to Mexicali, Baja California, Mexico to visit with his brother Erasto Solis for four days in June, 2007 as directed by Pretrial Services Officer, Steve Sheehan.

IT IS SO ORDERED.

Dated: June 28, 2007.

_____
U.S. MAGISTRATE JUDGE