McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 2:04-cr-00377-MCE |
| | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| | ) | |
| ARMANDO SOLIS and | ) | |
| CRUZ MORA, | ) | |
| | ) | |
| Defendants. | ) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, Defendant Armando Solis, through his attorney Jesse I. Santana, and Defendant Cruz Mora, through his attorney Michael Bigelow, as follows:

This case is currently set for trial beginning October 1, 2007, with a trial confirmation hearing on September 13, 2007 at 9 a.m.

The parties are in active and ongoing negotiations in an attempt to resolve the case without a trial.  Defense counsel both need additional time to discuss these negotiations with their clients.  Additionally, both defense counsel need additional time to prepare for trial should this case not resolve.

1

Discovery in this case includes thousands of pages of documents, intercepted wire communications, and numerous audiotapes and videotapes with corresponding Spanish and English transcripts.  For these reasons, all parties agree that the current trial date and trial confirmation hearing date should be vacated, that a new trial date of November 5, 2007 and a new trial confirmation hearing date of October 18, 2007, at 9 a.m. should be set, and that time should be excluded under the Speedy Trial Act between the date of this order and November 5, 2007 for defense preparation.  Undersigned government counsel has confirmed with the Courtroom Deputy that these new dates are available on the Court's calendar.

Accordingly, the parties jointly request that the current trial and trial confirmation hearing dates be vacated, that a new trial date of November 5, 2007 and a new trial confirmation hearing date of October 18, 2007 at 9 a.m. be scheduled, and that the time from the date of this order to and including November 5, 2007, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Respectfully submitted,

Dated: September 5, 2007                /s/Jesse I. Santana
                                        JESSE I. SANTANA
                                        Attorney for Defendant
                                        ARMANDO SOLIS
                                        By PAT per telephone authorization

Dated: September 5, 2007                    /s/Michael Bigelow
                                            MICHAEL BIGELOW
                                            Attorney for Defendant
                                            CRUZ MORA
                                        By PAT per telephone authorization


                                            McGREGOR W. SCOTT
                                            United States Attorney

Dated: September 5, 2007                    /s/Phillip A. Talbert
                                            PHILLIP A. TALBERT
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff



**ORDER**


FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


 Dated: September 6, 2007


                                            _____
                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE