JESSE I. SANTANA (State Bar No. 132803)
Law Offices of Beauchamp & Santana
The Historic Winship Building
500 Second Street
Yuba City, California 95991
Telephone: (530) 822-9500
Facsimile: (530) 751-7910
Email: attorneys@beauchampandsantana.com

Attorneys for Defendant
Armando Solis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:04-cr-00377-MCE |
| Plaintiff, | |
| v. | ORDER EXONERATING BOND AND RECONVEYING REAL PROPERTIES POSTED UNDER THE BOND |
| ARMANDO SOLIS, | |
| Defendant. | |

In the present case, Defendant Armando Solis was released from custody under a $500,000 bond secured by real property located at 2692 Pear Street in Live Oak, California, and bare land located in Meridian, California. The real property in Live Oak (which secured $100,000 of the bond) is owned by Mr. Solis's parents, Erasto and Maria Solis, and the bare land (which secured $400,000 of the bond) is owned by Shelly Solis. On February 28, 2008, Mr. Solis was sentenced and went into custody. In light of Mr. Solis's having made his court appearances, and Mr. Solis having been sentenced and remanded into custody, and good cause appearing:

///

///

IT IS HEREBY ORDERED THAT the $500,000 bond secured by real property in this case is exonerated.

IT IS FURTHER ORDERED THAT the real property located at 2692 Pear Street in Live Oak, California, and the bare land located in Meridian, California posted under the bond be reconveyed.

The Clerk is directed to release any liens filed against Erasto and Maria Solis's real property located at 2692 Pear Street in Live Oak, California and to reconvey the real property to Mr. and Mrs. Solis.

The Clerk is also directed to release any liens filed against Shelly Solis's bare land located in Meridian, California and to reconvey the real property to Ms. Solis.

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated: March 3, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2