31657

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>Chief United States District Judge<br>Sacramento, California | **RE:  Armando  Solis<br>Docket Number:  0972 2:04CR00377-001<br>PERMISSION TO TRAVEL<br>OUTSIDE THE COUNTRY** |

Your Honor:

Armando Solis is requesting permission to travel to Mexicali BC, Mexico.   Armando Solis is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On February 28, 2008, Armando Solis was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) – Conspiracy to Possess Methamphetamine with Intent to Distribute (CLASS A FELONY).

**Sentence Imposed:**  108 months Bureau of Prisons; 60 month term of supervised release; $100 special assessment,  No firearms; Submit to DNA collection:   Special Conditions:  Submit to search;  Financial disclosure; Drug treatment; Drug testing; Cell phone restrictions; Abstain from Alcohol; Treatment co-payment; Narcotics registration.

**Dates and Mode of Travel:**  Travel by vehicle  - 2/18/2015 through 2/25/2015

**Purpose:**  On 2/15/2015, Mr. Solis's 43-year-old brother, Gilberto Solis, suffered a heart attack. He is in Almater Hospital located at 1060 Segunda, Seccion, Mexicali B.C., Mexico. He is on life support and is not expected to survive.  Mr. Solis is requesting the opportunity to see his brother before he passes and spend time with family.

**RE:     Armando Solis**
          **Docket Number:  0972 2:04CR00377-001**
          <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Toni M. Ortiz

Toni M. Ortiz
Senior United States Probation Officer

Dated:    February 17, 2015
          Roseville, California

/s/ Michael A. Sipe

**REVIEWED BY:**     **Michael A. Sipe**
                     **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved          ☐     Disapproved

**February 18, 2015**

**Date**                                    **Morrison C. England, Jr.**
                                            **Chief United States District Judge**

2