Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Aramndo Solis,<br><br>    Defendant | Case No.: CR.S. 04-377 MCE<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT OR DENY HEARING<br><br>Court:  Hon. Morrison C. England<br>Time:   9:00 a.m.<br>Date:   March 10, 2016 |

Defendant AMARMANDO SOLIS, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Timothy Delgado, hereby agree and stipulate that the admit or deny hearing previously scheduled for February 18, 2016 be continued until March 10, 2016 and that date is available with the Court.  Mr. Solis's brother passed away on February 18 and the Solis family is observing a memorial on that day.

///

///

///

-1-

Counsel has had discussions with the government and probation about resolving this matter and requires additional time to review discovery and the violation petition.

Dated: February 16, 20146          Respectfully submitted,

                                    __/s/ Shari Rusk___
                                    Shari Rusk
                                    Attorney for Defendant
                                    Armando Solis


                                    /s/ Timothy Delgado
                                    Timothy Delgado
                                    Assistant United States Attorney


    IT IS SO ORDERED.

 Dated:  February 25, 2016

                                    _____
                                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT