Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Armando Solis,<br><br>　　　　Defendant | Case No.: CR.S. 04-377 MCE<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT OR DENY HEARING<br><br>Court:  Hon. Morrison C. England<br>Time:   9:00 a.m.<br>Date:   March 31, 2016 |

　　　Defendant ARMANDO SOLIS, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Timothy Delgado, hereby agree and stipulate that the admit or deny hearing previously scheduled for March 10, 2016 be continued until March 31, 2016 and that date is available with the Court.  The government has provided discovery to Mr. Solis.  It consists of recorded conversations in Spanish.  The defense has had those recordings translated and transcribed and needs additional time to review this information with Mr. Solis.  Counsel has had discussions with the government and probation about resolving this

-1-

matter, as well as scheduling and all parties are agreeable to hearing on March 31, 2016.  That date is available with the Court. Therefore the parties request an admit or deny hearing on March 31, 2016.

Dated: March 7, 20146            Respectfully submitted,


                                  __/s/ Shari Rusk___
                                  Shari Rusk
                                  Attorney for Defendant
                                  Armando Solis


                                  /s/ Timothy Delgado
                                  Timothy Delgado
                                  Assistant United States Attorney


                              **ORDER**

    IT IS SO ORDERED.

Dated:  March 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT