BENJAMIN B. WAGNER
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ARMANDO SOLIS,<br><br>            Defendant. | CASE NO. 2:04-CR-00377-MCE<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT OR DENY HEARING<br><br>Date:  March 31, 2016<br>Time:  10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

This case is currently set for an admit or deny hearing on March 31, 2016. (ECF No. 112, Minute Order.) Defendant Armando Solis, through his counsel Shari G. Rusk, and the United States, through Assistant United States Attorney Timothy H. Delgado, agree and stipulate that the hearing be continued until April 14, 2016, at 10:00 a.m. The parties have confirmed that this date and time are available with the Court.

Shortly after Defendant made his initial appearance on the charges in the petition, the Government provided Defendant with discovery that includes several recorded conversations in Spanish and English. Defense counsel promptly had these recordings translated and transcribed. In the period since, defense counsel has met with Defendant on various occasions to discuss these recordings, the pending charges, and resolving this matter. Defense counsel has also met and talked with AUSA Delgado regarding the same. The parties agree that an additional two weeks' is needed to allow Defendant time to confer with defense counsel regarding whether to admit or deny the charges contained in the petition.

Accordingly, the parties request that the admit or deny hearing currently set for March 31, 2016, be rescheduled for April 14, 2016, at 10:00 a.m.

Dated: March 29, 2016    /s/ *Shari G. Rusk*
Shari G. Rusk
Attorney for Defendant Armando Solis

Dated: March 29, 2016    /s/ *Timothy H. Delgado*
Timothy H. Delgado
Assistant United States Attorney
Attorney for Plaintiff United States of America

**ORDER**

IT IS SO ORDERED.

Dated: April 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT