1  Shari Rusk
2  Bar # 170313
   P.O. Box 188945
3  Sacramento, CA, 95818
   916-804-8656
4  rusklaw@comcast.net

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES,<br>　　　　Plaintiff,<br><br>vs.<br><br>ARMANDO SOLIS,<br><br>　　　　Defendant. | CR.S. 04-377 MCE<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT OR DENY HEARING<br><br>DATE: MAY 5, 2016<br>TIME: 10:00 A.M.<br>COURT: HON. JUDGE MORRISON C. ENGLAND |
|---|---|

　　　This matter is currently set for an admit or deny hearing on April 14, 2016. Armando Solis, by and through his undersigned counsel, and the United States, through Assistant United States Attorney, Timothy Delgado, agree and stipulate that the hearing be continued to 10:00 a.m. on May 5, 2016.  The parties have confirmed this date and time are available with the Court.

///

///

///

///

1

Discovery has been provided to the defense and the parties have met to discuss this matter.  Additional discovery will be provided prior to the next status conference date.   The defendant needs time to review the new discovery, therefore the parties request that the matter be calendared for an admit or deny hearing on May 5, 2016.

Dated: April 12, 2016

/s/ Shari Rusk
Shari Rusk
Attorney for Armando Solis

/s/ Timothy Delgado
Timothy Delgado
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  April 13, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2