PHILLIP A. TALBERT
Acting United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ARMANDO SOLIS,<br><br>            Defendant. | CASE NO. 2:04-CR-00377-MCE<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING<br><br>Date: May 12, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

This case is currently set for an admit or deny hearing on May 12, 2016. (ECF No. 120, Minute Order.) Defendant Armando Solis, through his counsel Shari G. Rusk, and the United States, through Assistant United States Attorney Timothy H. Delgado, agree and stipulate that the hearing be continued until May 26, 2016, at 10:00 a.m. The parties have confirmed that this date and time are available with the Court.

In recent weeks, defense counsel has met with Defendant to discuss the admit or deny hearing currently set for May 12, as well as the discovery produced in this case to date. Both parties anticipate that approximately 100-150 pages of additional discovery will be produced to the defense in the coming week. The parties agree that an additional two weeks' is needed to allow Defendant time to review this new material with counsel, and to confer with counsel regarding whether to admit or deny the charges contained in the petition in light of this new material.

///

Accordingly, the parties request that the admit or deny hearing currently set for May 12, 2016, be rescheduled for May 26, 2016, at 10:00 a.m.

Respectfully submitted,

Dated:   May 10, 2016

*/s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States of America

Dated:   May 10, 2016

*/s/ THD for Shari G. Rusk*
SHARI G. RUSK
Attorney for Defendant Armando Solis

**ORDER**

IT IS SO ORDERED.

Dated: May 13, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING

2