PHILLIP A. TALBERT
Acting United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARMANDO SOLIS, <br><br> Defendant. | CASE NO. 2:04-CR-00377-MCE <br><br> STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING <br><br> Date:  June 23, 2016 <br> Time:  11:00 a.m. <br> Judge: Hon. Morrison C. England, Jr. |

This case is before the Court on a petition to revoke Defendant Armando Solis's supervised release. (ECF No. 99.) Solis has denied the charges in the petition, and the matter is now set for an evidentiary hearing on June 23, 2016, at 11:00 a.m. (ECF No. 124, Minute Order.)

Solis, through his counsel Shari G. Rusk, and the United States, through Assistant United States Attorney Timothy H. Delgado, agree and stipulate that the hearing be continued until June 30, 2016, at 11:00 a.m. The parties have confirmed that this date and time are available with the Court.

In recent days, counsel for the United States has learned that two of the witnesses needed at the evidentiary hearing will be unavailable on June 23; one witness will be outside the Northern California area, and the other will be out of the country. Thus, to balance the government's need for these material witnesses with Solis's right to confront and cross-examine them, *see United States v. Comito*, 117 F.3d 1166, 1170 (9th Cir. 1999), the parties agree that this matter should be continued for an additional week.

///

Accordingly, the parties request that the evidentiary hearing currently set for June 23, 2016, be rescheduled for June 30, 2016, at 11:00 a.m.

                                Respectfully submitted,

Dated:   June 16, 2016                   */s/ Timothy H. Delgado*
                                        TIMOTHY H. DELGADO
                                        Assistant United States Attorney
                                        Attorney for Plaintiff United States of America

Dated:   June 16, 2016                   */s/ THD for Shari G. Rusk*
                                        SHARI G. RUSK
                                        Attorney for Defendant Armando Solis

**ORDER**

IT IS SO ORDERED.

Dated:  June 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING

2