PHILLIP A. TALBERT
Acting United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ARMANDO SOLIS,<br><br>            Defendant. | CASE NO. 2:04-CR-00377-MCE<br><br>STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING<br><br>Date: July 28, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

This case is before the Court on a petition to revoke Defendant Armando Solis's supervised release. (ECF No. 99.) On July 13, 2016, the Court sustained the charges in the petition in a seven-page order. (ECF No. 123.) In that order, the Court also set this matter for a dispositional hearing on July 28, 2016. (*Id.* at 7.)

Solis, through his counsel Shari G. Rusk, and the United States, through Assistant United States Attorney Timothy H. Delgado, agree and stipulate that the hearing be continued until August 11, 2016, at 10:00 a.m. The parties have confirmed that this date and time are available with the Court.

Shortly after the Court issued the order setting this case for a dispositional hearing, Mr. Solis's probation officer notified government counsel that she will be out of the area on July 28, 2016. Given the likelihood that probation will be invited to comment on an appropriate sentence at the dispositional hearing to come, the parties agree that the hearing should be continued by an additional week.

///

Accordingly, the parties request that the dispositional hearing currently set for July 28, 2016, be reset for August 11, 2016, at 10:00 a.m.

Respectfully submitted,

Dated: July 14, 2016

　　/s/ Timothy H. Delgado
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States of America

Dated: July 14, 2016

　　/s/ THD for Shari G. Rusk
SHARI G. RUSK
Attorney for Defendant Armando Solis

**ORDER**

**IT IS SO ORDERED.**

Dated: July 15, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE